**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

v.                                                    Case No:   6:23-cv-117-RBD-DAB

PROMPT CHARTERS & TOURS,
LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement filed on February 14, 2023 (Doc. 13), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 15, 2023.

ROY B. DALTON JR.
United States District Judge